# EXHIBITS 1-4

Civil Action No. ELH-11-1771          The Honorable Ellen L. Hollander